**No. 51686.**—Protests 65523–K, etc., of Maddock & Miller et al. (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51687.**—Protests 102511–K, etc., of G. E. Carver Co. et al. (Galveston, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51688.**—Protests 114968–K, etc., of C. J. Tower & Sons et al. (Buffalo, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51689.**—Protest 129831–K of Chas. Hall, Inc. (New York).

Opinion by EKWALL, J.   At the trial it was stipulated that the merchandise consists of earthenware articles composed of a nonvitrified absorbent body, not artificially colored and composed wholly of clay, which articles are painted, colored, tinted, stained, enameled, gilded, printed, ornamented, or decorated. In accordance therewith the claim of the plaintiff was sustained.

**No. 51690.**—Protests 6931–K, etc., of John Heathcoat & Co., Inc., et al. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.